IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:15-cr-00013

GARY EUGENE WILSON, II

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant Gary Eugene Wilson, II's Motion to Continue Revocation Hearing. (ECF No. 28). The revocation hearing was originally set for July 25, 2019. Because counsel for the defendant has a state court matter with a different client on that date, counsel for the defendant seeks a brief continuance. See id. The government does not oppose this motion being granted. Id.

Accordingly, the court hereby **ORDERS** as follows: the revocation hearing in this matter is reschedule for August 7, 2019 at 11:00 a.m. in Bluefield.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 23rd day of July, 2019.

**ENTER:**

David A. Faber
Senior United States District Judge